ORIGINAL

FILED

03/28/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0582

KIM NORQUAY, JR.,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

ORDER

FILED

MAR 2 8 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

The State moves this Court to strike three sections of Norquay's Reply Brief because, the State asserts, they are inaccurate and lack any citation to authority, as required by M. R. App. P. 12(1)(g). The State further asserts that Norquay's argument that the District Court improperly dismissed his second actual innocence claim should be dismissed because it is being improperly raised for the first time in his reply brief. The State requests that if this Court declines to strike these sections of Norquay's Reply Brief, we be apprised that the State disagrees with these assertions. Norquay opposes the State's motion.

This matter is fully briefed. Following classification of this matter, the State's motion will be considered. Therefore,

IT IS ORDERED that the State's Motion to Strike Statements in Appellant's Reply Brief is TAKEN UNDER ADVISEMENT.

The Clerk is directed to provide a copy of this Order to counsel of record.

DATED this 28 day of March, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices